UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CORNELIUS RENARD
MCCLOUD,

    Plaintiff,

v.                            Case No.:   2:24-cv-788-SPC-NPM

LARKIN HOSPITAL-BARBARA
TORREAS, LARKIN HOSPITAL
and BARBARA TORREAS,

    Defendants.
_____/

## OPINION AND ORDER

Before the Court is Plaintiff Cornelius Renard McCloud's Complaint (Doc. 1). McCloud sues the defendants over medical care he received at a Miami hospital. The Court would normally transfer this case to the Southern District of Florida, where the cause of action arose and the defendants reside. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 1406(a). But that is not in the interest of justice because McCloud is already litigating his claims in that court in *McCloud v. Larkin Hospital*, No. 1:24-cv-22766-CMA (S.D. Fla.).

The Eleventh Circuit explained how federal courts treat duplicative civil actions:

> It is well established that as between federal courts, the general principle is to avoid duplicative litigation. This doctrine rests on considerations of wise judicial administration, giving regard to

> conservation of judicial resources and comprehensive disposition of litigation.  Although no precise test has been articulated for making this determination, the general rule is that a suit is duplicative of another suit if the parties, issues and available relief do not significantly differ between the two actions. Trial courts are afforded broad discretion in determining whether to stay or dismiss litigation in order to avoid duplicating a proceeding already pending in another federal court.

*I.A. Durbin, Inc. v. Jefferson Nat. Bank*, 793 F.2d 1541, 1552 (11th Cir. 1986) (cleaned up).  This action is nearly identical to McCloud's pending case.  Thus, the Court dismisses this action as duplicative.  This dismissal has no impact on Southern District of Florida Case No. 1:24-cv-22766-CMA.

Accordingly, it is now

**ORDERED:**

Plaintiff Cornelius Renard McCloud's Complaint (Doc. 1) is **DISMISSED**.  The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on September 3, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2